JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN COLLIS MASSEY,    )   Case No. CV 13-3096-DMG (DTB)

                Petitioner,  )

       vs.             )   **J U D G M E N T**

WARDEN GUTTIERREZ,       )

              Respondent.  )

                    )

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  March 31, 2014           _____

                             DOLLY M. GEE
                             UNITED STATES DISTRICT JUDGE